# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> RANDAL WHITEHEAD, Revenue Officer of the ) <br> Internal Revenue Service, ) <br> ) <br>     Petitioners, ) <br> ) <br> v. ) <br> ) <br> BENJAMIN DAVIS, ) <br> ) <br>     Respondent. ) | Civil No. 3:10-0735 <br> Judge Trauger |

## ORDER OF ARREST

This matter came before the court on June 20, 2011, on this court's Order requiring the respondent to appear and show cause why he should not be held in civil contempt for refusing to obey this court's earlier Order to appear and produce testimony and certain documents relating to tax years 2006 and 2007 pursuant to a summons issued by the United States Internal Revenue Service. (Docket No. 15) The petitioners were present at the show cause hearing, but the respondent was not. The court finds from the record and the statements of Revenue Officer Randal Whitehead at the hearing that Respondent Davis had notice of the show cause hearing and failed to appear.

**IT IS THEREFORE ORDERED**, pursuant to both 26 U.S.C. § 7604(b), that the United States Marshal shall arrest the respondent, Benjamin Davis, and bring him before the court for a hearing, at which the court shall enforce the subpoena and determine what punishment shall be ordered for the respondent's contempt and default.

Enter this 21st day of June 2011.

                                                               ALETA A. TRAUGER
                                                               U.S. District Judge