# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and RANDAL WHITEHEAD, Revenue Officer of the Internal Revenue Service, | ) ) ) ) | |
| Petitioners, | ) ) | Civil No. 3:10-0735 |
| | ) | Judge Trauger |
| v. | ) ) | |
| BENJAMIN DAVIS, | ) ) | |
| Respondent. | ) | |

## ORDER OF ARREST

The respondent has been arrested pursuant to this court's Order of June 21, 2011 (Docket No. 19). It is hereby **ORDERED** that the court will convene a hearing at 11:00 a.m. today, August 17, 2011, to consider contempt and other sanctions against the respondent.

It is so **ORDERED**.

Enter this 17th day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge